**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 E. Sahara Ave, Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COLLEEN HARRINGTON, An Individual | CASE NO. **2:18-cv-00009-APG-PAL** |
| Plaintiff, | |
| vs. | |
| STATE OF NEVADA, ex rel. COLLEGE OF SOUTHERN NEVADA, DOES I-X. | |
| Defendants. | |

### STIPULATION AND ORDER TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS
### (FIRST REQUEST)

COMES NOW, the Plaintiff, COLLEEN HARRINGTON ("Harrington"), by and through her attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant, STATE OF NEVADA, ex rel. COLLEGE OF SOUTHERN NEVADA ("CSN"), by and through its attorney, DIANE L. WELCH, ESQ., of OFFICE OF GENERAL COUNSEL FOR THE COLLEGE OF SOUTHERN NEVADA, hereby stipulate and agree as follows:

1. That the Opposition to the Defendant's Motion to Dismiss due on February 19th, 2018, may be due on February 22nd, 2018.

2. That the Reply to the Opposition to the Defendant's Partial Motion to Dismiss be due on March 8, 2018.

3. This extension of time is made in good faith and not for purpose of delay and is based on Plaintiff's council currently undergoing a family emergency.

4. This is the first request for an extension of time in this matter.

Dated this __20th__ day of February, 2018.          Dated this __20th__ day of February, 2018.

**HKM Employment Attorneys LLP**                    **Office of General Counsel**

_/s/ Jenny L. Foley_                                _/s/ Diane L. Welch_
Jenny L. Foley, Ph.D., Esq.                         Diane L. Welch, Esq.
Nevada Bar No. 9017                                 Nevada Bar No. 11738
1785 East Sahara Ave., Suite 325                    6375 W. Charleston Blvd.
Las Vegas, Nevada 89104                             Las Vegas, Nevada 89146

/ / /

/ / /

/ / /

# **ORDER**

The Court having reviewed the foregoing STIPULATION AND ORDER TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS in the above-entitled matter and for good cause appearing therefor,

**IT IS SO ORDERED** that the Opposition to the Defendant's Partial Motion to Dismiss shall be due on February 22nd, 2018;

**IT IS SO ORDERED that** the Reply to the Opposition to the Defendant's Partial Motion to Dismiss shall be due on March 8, 2018.

Dated: 2/20/2018

UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
**HKM Employment Attorneys LLP**

/s/ Jenny L. Foley
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 325
Las Vegas, Nevada 89104
*Attorney for Plaintiff*