**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 E. Sahara Ave, Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| COLLEEN HARRINGTON, An Individual | CASE NO. **2:18-cv-00009-APG-PAL** |
| Plaintiff, | |
| vs. | |
| STATE OF NEVADA, ex rel. COLLEGE OF SOUTHERN NEVADA, DOES I-X. | |
| Defendants. | |

### STIPULATION AND ORDER TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS
### (SECOND REQUEST)

COMES NOW, the Plaintiff, COLLEEN HARRINGTON ("Harrington"), by and through her attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant, STATE OF NEVADA, ex rel. COLLEGE OF SOUTHERN NEVADA ("CSN"), by and through its attorney, DIANE L. WELCH, ESQ., of OFFICE OF GENERAL COUNSEL FOR THE COLLEGE OF SOUTHERN NEVADA, hereby stipulate and agree as follows:

1. That the Opposition to the Defendant's Motion to Dismiss currently due on February 22nd, 2018, may be due on March 1st, 2018.

2. That the Reply to the Opposition to the Defendant's Partial Motion to Dismiss be due on March 15th, 2018.

3. This extension of time is made in good faith and not for purpose of delay and is based on Plaintiff's council having a death in the family.

4. This is the second request for an extension of time in this matter.

Dated this __23rd__ day of February, 2018.     Dated this __23rd__ day of February, 2018.

**HKM Employment Attorneys LLP**     **Office of General Counsel**

_/s/ Jenny L. Foley_     */s/ Diane L. Welch*
Jenny L. Foley, Ph.D., Esq.     Diane L. Welch, Esq.
Nevada Bar No. 9017     Nevada Bar No. 11738
1785 East Sahara Ave., Suite 325     6375 W. Charleston Blvd.
Las Vegas, Nevada 89104     Las Vegas, Nevada 89146

/ / /

/ / /

/ / /

**ORDER**

The Court having reviewed the foregoing STIPULATION AND ORDER TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS in the above-entitled matter and for good cause appearing therefor,

**IT IS SO ORDERED** that the Opposition to the Defendant's Partial Motion to Dismiss shall be due on March 1st, 2018;

**IT IS SO ORDERED that** the Reply to the Opposition to the Defendant's Partial Motion to Dismiss shall be due on March 15th, 2018.

_____
UNITED STATES DISTRICT JUDGE
Dated: February 27, 2018.

Respectfully submitted by:
**HKM Employment Attorneys LLP**

*/s/ Jenny L. Foley*
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 325
Las Vegas, Nevada 89104
*Attorney for Plaintiff*