UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| COLLEEN HARRINGTON, | Case No. 2:18-cv-00009-APG-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Stip to Stay Disc – ECF No. 22) |
| STATE OF NEVADA, EX REL NEVADA SYSTEM OF HIGHER EDUCATION/COLLEGE OF SOUTHERN NEVADA, | |
| Defendant. | |

Before the court is the parties' Stipulation to Stay Discovery and Filing of Joint Discovery Plan and Scheduling Order (ECF No. 22). The court has conducted a "preliminary peek" at the pending motion to dismiss and is not satisfied that plaintiff will be unable to state a claim for relief. The court will therefore deny the motion to stay this matter until after the motion to dismiss is decided. However, the court will enter a discovery plan and scheduling order which runs the deadlines from the date of the April 30, 2018 early neutral evaluation. Accordingly,

**IT IS ORDERED** that:

1. The parties' Stipulation to Stay Discovery pending ruling on the Motion to Dismiss is **DENIED**.
2. The parties Stipulation to Extend Time (ECF No. 22) is **GRANTED** to the extent it seeks a discovery cutoff and related case management deadlines measured from the date of the ENE.
3. The following deadlines shall apply, calculated from the April 30, 2018 early neutral evaluation.
    a. The parties shall meet and/or confer as required by Fed. R. Civ. P. 26(f) not later than **May 14, 2018**.

b. Last date to complete discovery: **October 29, 2018**

c. Last date to amend pleadings and add parties: **July 30, 2018**

d. Last date to file interim status report: **August 29, 2018**

e. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **August 29, 2018**

f. Last date to disclose rebuttal experts: **September 28, 2018**

g. Last date to file dispositive motions: **November 28, 2018**

h. Last date to file joint pretrial order: **December 28, 2018**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

4. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

5. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend discovery shall be received no later than **October 8, 2018,** and shall fully comply with the requirements of LR 26-4.

DATED this 6th day of April, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE