1  **JENNY L. FOLEY, Ph.D., ESQ.**
   Nevada Bar No. 9017
2  E-mail: jfoley@hkm.com
   **MARTA D. KURSHUMOVA, ESQ.**
3  Nevada Bar No. 14728
4  E-mail: mkurshumova@hkm.com
   **HKM EMPLOYMENT ATTORNEYS LLP**
5  1785 East Sahara, Suite 300
   Las Vegas, Nevada 89104
6  Tel: (702) 625-3893
7  Fax: (702) 625-3893
   E-mail: jfoley@hkm.com
8  *Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| COLLEEN HARRINGTON, An Individual | CASE NO. **2:18-cv-00009-APG-BNW** |
| Plaintiff, | |
| vs. | |
| STATE OF NEVADA, ex rel. COLLEGE OF SOUTHERN NEVADA, DOES I-X. | |
| Defendants. | |

### STIPULATION AND ORDER TO RESCHEDULE THE HEARING ON THE MOTION TO DISMISS SET FOR THURSDAY – JUNE 6, 2019
### (FIRST REQUEST)

COMES NOW, the Plaintiff, COLLEEN HARRINGTON ("Harrington"), by and through her attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant, STATE OF NEVADA, ex rel. COLLEGE OF SOUTHERN NEVADA ("CSN"), by and through its attorney, DIANE L. WELCH, ESQ., of OFFICE OF GENERAL COUNSEL FOR THE COLLEGE OF SOUTHERN NEVADA, hereby stipulate and agree as follows:

1. That the hearing set on Thursday – June 6, 2019 for the Motion to Dismiss be rescheduled to one of the following dates listed below or a date seen better fit for the Court's calendar.

- Thursday – June 13, 2019
- Friday – June 14, 2019
- Monday – June 17, 2019
- Tuesday – June 18, 2019

2. This extension of time is made in good faith and not for purpose of delay. The request is due to Plaintiff's counsel already being scheduled for numerous doctor appointments on that same day and that are scheduled thru out the day.

3. This is the first request for an extension of time in this matter.

Dated this 3rd day of June, 2019.    Dated this 3rd day of June, 2019.

**HKM Employment Attorneys LLP**    **Office of General Counsel**

/s/ *Jenny L. Foley*    /s/ *Diane L. Welch*
Jenny L. Foley, Ph.D., Esq.    Diane L. Welch, Esq.
Nevada Bar No. 9017    Nevada Bar No. 11738
1785 East Sahara Ave., Suite 300    6375 W. Charleston Blvd.
Las Vegas, Nevada 89104    Las Vegas, Nevada 89146

/ / /

/ / /

/ / /

## ORDER

The Court having reviewed the foregoing **STIPULATION AND ORDER TO RESCHEDULE THE HEARING ON THE MOTION TO DISMISS SET FOR THURSDAY – JUNE 6, 2019** in the above-entitled matter and for good cause appearing therefor,

**IT IS SO ORDERED** that the Hearing date set for Thursday – June 6, 2019 on the Motion to Dismiss will be moved to June 13, 2019 at 3:00 p.m. in Courtroom 6C.

Dated: June 4, 2019

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
**HKM Employment Attorneys LLP**

/s/ Jenny L. Foley
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 300
Las Vegas, Nevada 89104
*Attorney for Plaintiff*