**SUBT**
**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorney for Defendant The State of Nevada*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COLLEEN HARRINGTON, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA, ex rel. NEVADA SYSTEM OF HIGHER EDUCATION, COLLEGE OF SOUTHERN NEVADA; and DOES I-X;<br><br>Defendants. | CASE NO.: 2:18-cv-00009-APG-BNW<br><br>**SUBSTITUTION OF ATTORNEYS** |

COMES NOW, Defendant STATE OF NEVADA, ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE COLLEGE OF SOUTHERN NEVADA ("CSN" or "Defendant"), and hereby substitutes Andre M. Lagomarsino, Esq. (Address: 3005 W. Horizon Ridge Pkwy., #241, Henderson, NV 89052, Telephone: (702) 383-2864) as attorney of record in place and stead of James J. Martines, Esq.

I consent to the above substitution.

**COLLEGE OF SOUTHERN NEVADA**
**OFFICE OF GENERAL COUNSEL**

*[signature]*

JAMES J. MARTINES, ESQ. (#9386)
6375 W. Charleston Blvd. (WCE310)
Las Vegas, Nevada 89146
Telephone: (702) 651-7488
Facsimile: (702) 651-7464

jmartines@nshe.nevada.edu

I am duly admitted to practice in this District and the above-substitution is hereby accepted.

**LAGOMARSINO LAW**

ANDRE M. LAGOMARSINO, ESQ. (#6711)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com

On behalf of the STATE OF NEVADA, ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE COLLEGE OF SOUTHERN NEVADA, I consent to the above substitution.

**COLLEGE OF SOUTHERN NEVADA**

Dr. Federico Zaragoza, President
6375 W. Charleston Blvd. (WCE310)
Las Vegas, Nevada 89146
Telephone: (702) 651-5600

All deadlines have been met and all pleadings have been submitted to the Court.

DATED this _____ day of June, 2020.

**ORDER**

IT IS HEREBY ORDERED that the Substitution of attorney is approved and so ORDERED.

DATED: June 8, 2020

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on this  5th  day of June, 2020, I served a true copy of the foregoing **SUBSTITUTION OF ATTORNEYS** on all parties who have appeared in this action by U.S. Mail, to the following:

Colleen Harrington
10429 Armand Ave.
Las Vegas, Nevada 89129
*Plaintiff in Proper Person*

_____
An Employee of LAGOMARSINO LAW